```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GLEN E. FRIEDMAN,                        :
                                         :
            Plaintiff,                   :
                                         :
      -v-                                :    09 CIV. 8572 (DLC)
                                         :
CHAPTER 4 CORP. and DOES 1 through 10,   :    ORDER
inclusive,                               :
                                         :
            Defendants,                  :
                                         :
----------------------------------       :
                                         :
CHAPTER 4 CORP.,                         :
                                         :
            Third-Party Plaintiff,       :
                                         :
      -v-                                :
                                         :
ANTHONY COUNTEY, PAUL D. HUDSON, GARY    :
MILLER, DARRYL JENNIFER, and EARL        :
HUDSON,                                  :
                                         :
            Third-Party Defendants.      :
                                         :
---------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/2/09

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

Dated:   New York, New York
         December 2, 2009

                              _____
                              DENISE COTE
                              United States District Judge